UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | | |
|---|---|---|
| LIBERTY MUTUAL INSURANCE COMPANY, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Case No. 3:16-cv-50385 |
| SHELTER INSURANCE COMPANY, HEIDI HEIT-BENTLEY, ALLEN BENTLEY, ELIZABETH BENTLEY, RICHARD SCHMITTEL, DEANDRA-MARIE RUVALCABA, and OLIVIA RUVALCABA | ) ) ) ) ) ) | |
| Defendants. | ) | |

## AGREED MOTION TO EXTEND TIME IN WHICH TO PREPARE THE JOINT STATUS REPORT AND TO MOVE PRE-TRIAL STATUS

Liberty Mutual Insurance Company ("Liberty") moves to extend the time within which the parties have to prepare the joint status report and the date for the initial pre-trial status by an additional 42 days, to and until March 22, 2017 for the joint status report and approximately 45 days the in initial hearing. In support thereof, Liberty states as follows:

1.      The Court ordered that the Report of Rule 26(f) Planning Meeting (Dkt. 7), be filed on February 8, 2017. The Court further ordered that lead counsel for each party appear for an initial hearing on February 14, 2017.

2.      Liberty's position in this litigation is dependent on the provisions in Shelter Insurance Company's insurance policy. However, previous to Shelter filing its answer and attaching the policy to the answer, Shelter had refused to provide a copy of the policy to Liberty. Liberty is now presented with the first opportunity to review the policy.

3.      Liberty's review of the policy has the potential to allow the parties to avoid litigation. A short time period will give Liberty time to do this.

4.      Liberty requests an additional 42 days for the parties to prepare the Rule26(f) Report and an additional 45 days extension before the parties are required to appear for the initial status.

5.      An extension of time will not prejudice any of the parties.

6.      This extension is the first extension of time sought by Liberty in this litigation.

7.      Liberty has consulted with counsel for Shelter and counsel agrees with and is amenable to these extensions of time.

## **CONCLUSION**

WHEREFORE, Liberty Mutual Insurance Company respectfully moves this Court to extend the time within which the parties must file its Rule 26(f) Report and appear for an initial hearing by 42 days, to and until March 22, 2017, and for an extension of the time by approximately 45 days to appear for the initial hearing.

Respectfully submitted,

/s/ Regina A. Ripley
Regina A. Ripley, (ARDC No. 6275774)
Alexander B. Mahler (ARDC No. 6273483)
Ji-Yeon Suh (ARDC No.  6304099)
GORDON & REES SCULLY
MANSUKHANI, LLP
One North Franklin, Suite 800
Chicago, IL 60606
P:  312/980-6782
P:  312/980-6781
amahler@gordonrees.com
rripley@gordonrees.com
jsuh@gordonrees.com
*Attorneys for Liberty Mutual Insurance Company*

## **CERTIFICATE OF SERVICE**

I certify that on February 6, 2017, I filed the foregoing through the electronic filing system, a copy of which will be sent to all counsel of record via the CM/ECF system.

/s/ Regina A. Ripley
Alexander B. Mahler  (#6273483)
Regina A. Ripley  (#6275774)
Ji-Yeon Suh (#6304099)
GORDON & REES SCULLY
MANSUKHANI, LLP
One North Franklin, Suite 800
Chicago, IL 60606
rripley@gordonrees.com
amahler@gordonrees.com
jsuh@gordonrees.com
P:  312/980-6782
P:  312/980-6781
*Attorneys for Liberty Mutual Insurance Company*